IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:19-CV-430-FDW-DSC

| | |
|---|---|
| BRENT E. LANCASTER, | ) |
| Plaintiff, | ) |
| v. | ) |
| ELECTRIC POWER RESEARCH INSTITUTE INC. | ) |
| Defendant. | ) |

## ORDER

THIS MATTER is before the Court on the "Joint Motion to Amend Case Management Order & for Continuance of Trial" (document #12). The Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

 **A. The deadline to complete discovery is extended from April 27, 2020 to June 4, 2020;**

 **B. The deadline to conduct ADR is extended from May 11, 2020 to June 18, 2020;**

 **C. The deadline to file dispositive motions is extended from May 25, 2020 to July 2, 2020;**

 **D. The deadline for hearings on dispositive motions is extended from June 1-12, 2020 to August 3-14, 2020;**

 **E. Pretrial submissions are due seven calendars days before Final Pretrial Conference;**

 **F. A date for the Final Pretrial Conference will be determined;**

 **G. The trial setting is continued from July 6-24, 2020 trial term to the September 8-25, 2020 trial term.**

**SO ORDERED**.

Signed: April 10, 2020

David S. Cayer
United States Magistrate Judge